# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHI WILLIAMS,<br><br>    Plaintiff<br><br>v.<br><br>WAL-MART, INC.,<br><br>    Defendant | Case No.: 2:24-cv-00062-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that plaintiff Kathi Williams' certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

    I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by January 26, 2024.

    DATED this 12th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE