**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Wal-Mart, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KATHI WILLIAMS,<br><br>　　　Plaintiff,<br><br>v.<br><br>WAL-MART, INC., a Delaware Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　Defendants. | CASE NO.:  2:24-cv-00062-APG-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY PLAN AND SCHEDULING ORDER (SECOND REQUEST)** |

COMES NOW Plaintiff, KATHI WILLIAMS, by and through her attorney of record, JOHN B. GREENE, ESQ. and ROBERT D. VANNAH, ESQ. of GOLIGHTLY & VANNAH, PLLC, and Defendant, WAL-MART, INC. ("Defendant" or "Walmart"), by and through its attorneys of record, KURT R. BONDS, ESQ. and TANYA M. FRASER, ESQ., of HALL & EVANS, LLC, and hereby submit this **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** pursuant to LR 26-4 for the Court's consideration.

. . .

. . .

. . .

. . .

. . .

. . .

1

KRB/20147-104

**I.**

## DISCOVERY COMPLETED TO DATE

1. A Rule 26(f) Case Conference was held and a Discovery Plan/Scheduling Order was filed.

2. Plaintiff served initial FRCP 26(e)(1) disclosures.

3. Defendants served initial FRCP 26(e)(1) disclosures.

4. Defendant has scheduled Deposition of Plaintiff

5. Defendant has propounded its Request for Interrogatories on Plaintiff

6. Defendant has propounded its Request for Production on Plaintiff

7. Defendant has propounded its Request for Admissions on Plaintiff

8. Plaintiff has propounded its Request for Interrogatories on Defendant

9. Plaintiff has propounded its Request for Production on Defendant

10. Plaintiff has propounded its Request for Admissions on Defendant

11. Defendant served its Response to Plaintiff's First Request for Admission

12. Defendant served its Response to Plaintiff's First Request for Production

13. Defendant served Amended Notice of Taking Deposition of Plaintiff

**II.**

## DISCOVERY TO BE COMPLETED

1. Depositions of the parties.

2. Depositions of percipient witnesses.

3. Depositions of Plaintiff's treating physicians.

4. Expert disclosures.

5. Depositions of experts.

6. Additional written discovery as needed.

Good cause exists to continue the current Discovery Plan and Scheduling Order. The parties are diligently working to move the case forward but require additional time to conduct discovery prior to disclosure of expert opinions, the deadline for which is currently July 8, 2024,  Defendant has attempted to retain expert witnesses, however without prevalent evidence of Plaintiff's past medical damages and medical records, no review can be pursued. Further, due to scheduling

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20147-104

conflicts, Plaintiff's deposition date was moved to July 30, 2024. This is evidence that Defendant would prefer to be collected prior to Expert Disclosure deadline. Additional time for discovery is necessary to avoid prejudice and to facilitate a fair and just investigation of Plaintiff's claims against Defendant. As such, the parties agree that an additional 60 days is needed to gather relevant evidence prior to disclosing expert opinions. No trial date has been set in this matter and neither party will be prejudiced by the requested extension.

**IV.**

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| DISCOVERY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Add Parties and Amend Pleadings | CLOSED | **CLOSED** |
| Initial Expert Disclosure | July 8, 2024 | **September 6, 2024** |
| Rebuttal Expert Disclosure | August 9, 2024 | **October 8, 2024** |
| Close of Discovery | September 6, 2024 | **November 5, 2024** |
| Dispositive Motions | October 7, 2024 | **December 6, 2024** |
| Joint Pretrial Order | November 5, 2024 | **January 6, 2025** |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline as outlined in accordance with the proposed dates above.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

3

KRB/20147-104

**V.**

**CURRENT TRIAL DATE**

This Stipulation is not made for purposes of undue delay of discovery or trial in this matter but is submitted in the interest of realizing a trial on the merits.

DATED this 8th day of July, 2024.          DATED this 8th day of July, 2024.
**GOLIGHTLY & VANNAH, PLLC**          **HALL & EVANS, LLC**

*/s/ John B. Greene*                            */s/Kurt R. Bonds*
John B. Greene, Esq.                       KURT R. BONDS, ESQ.
Nevada Bar No. 4279                        Nevada Bar No. 6228
Robert D. Vannah, Esq.                     TANYA M. FRASER, ESQ.
Nevada Bar No. 2503                        Nevada Bar No. 13872
400 South Seventh Street, 4th Floor        1160 North Town Center Drive
Las Vegas, Nevada 89101                    Suite 330
Telephone: (702) 369-4161                  Las Vegas, Nevada 89144
Facsimile: (702) 369-0104                  (702) 998-1022
E-mail:  jgreene@vannahlaw.com             nvefile@hallevans.com
*Attorneys for Plaintiff*                   *Attorneys for Wal-Mart, Inc.*

**ORDER**

**IT IS SO ORDERED:**

**DATED:**  July 9, 2024

_____
UNITED STATES MAGISTRATE JUDGE

*Submitted by:*
HALL & EVANS, LLC

 */s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendants*

*(left margin)* **HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20147-104