UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHI WILLIAMS, | Case No.: 2:24-cv-00062-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| WALMART, INC., | |
| Defendant | |

The proposed joint pretrial order is overdue. See ECF No. 22.

I THEREFORE ORDER that the parties shall file the proposed joint pretrial order by April 18, 2025.

DATED this 31st day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE