**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Emails: ghayes@tysonmendes.com
npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHI WILLIAMS,<br><br>　　Plaintiff,<br><br>v.<br><br>WAL-MART, INC., a Delaware Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　Defendants. | Case No. 2:24-cv-00062-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff KATHI WILLIAMS, by and through her counsel, JOHN B. GREENE, ESQ. and ROBERT D. VANNAH of VANNAH & VANNAH and Defendant WALMART INC. by and through their counsel, GRIFFITH H. HAYES, ESQ. and NICHOLAS F. PSYK, ESQ. of TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

DATED this 18th day of April 2025.

**VANNAH & VANNAH**

 /s/ John B. Greene
JOHN B. GREENE
Nevada Bar No. 4279
ROBERT D. VANNAH
Nevada Bar No. 2503
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 18th day of April 2025.

**TYSON & MENDES LLP**

/s/ Nicholas Psyk
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
2835 St. Rose Pkwy, Suite #140
Henderson, NV 89052
*Attorneys for Defendant Walmart Inc.*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

IT IS SO ORDERED:

Dated: April 21, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

**TYSON & MENDES LLP**

 /s/ Griffith H. Hayes
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
2835 St. Rose Pkwy, Suite #140
Henderson, NV 89052
*Attorneys for Defendant Walmart Inc.*